UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER ALLEN CAIN,<br><br>                Petitioner,<br><br>  v.<br><br>THOMAS M. TREPPIEDI,<br><br>                Respondent. | NO: 2:16-CV-268-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION |

BEFORE THE COURT is Magistrate Judge Dimke's Report and Recommendation to Dismiss Mr. Cain's Petition for Writ of Habeas Corpus brought pursuant to 28 U.S.C. § 2241. ECF No. 9. Petitioner, a *pro se* prisoner at the Spokane County Jail, has paid the $5.00 filing fee to commence this action; Respondent has not been served.

On August 18, 2016, Magistrate Judge Dimke recommended dismissal of this habeas action without prejudice based on *Younger v. Harris*, 401 U.S. 37 (1971), due to the Court's lack of jurisdiction over the Respondent, and for his

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING PETITION -- 1


failure to exhaust state court remedies. *See* ECF No. 9. Petitioner's objections were due by September 1, 2016.

There being no objections, the Court **ADOPTS** the Report and Recommendation. The Petition, **ECF No. 5**, is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner at his last known address and **close the file**. The Court further certifies that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

**DATED** this 12th day of September 2016.

      *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
      United States District Judge